**Order entered October 5, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

## No. 05-20-00813-CV

## ROBERT "BOB" LONDON IN HIS OFFICIAL CAPACITY AS TOWN SECRETARY FOR ST. PAUL, TEXAS AND CAMDEN "CAM" DAVIS IN HIS OFFICIAL CAPACITY AS (FORMER) CHAIR OF THE PLANNING & ZONING COMMISSION FOR THE TOWN OF ST. PAUL, TEXAS, Appellants

## V.

## RICK VAN PARK, LLC D/B/A AAA PARK RV, Appellee

**On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-06629-2019**

## ORDER

Before the Court is appellants' October 1, 2020 unopposed motion for extension of time to file their opening brief. Appellants seek a three-week extension, in part, to meet with the Town of St. Paul Town Council about the possibility of engaging in potential settlement discussions.

We **GRANT** the motion and **ORDER** appellants to file either their opening brief or a status report no later than October 26, 2020.

/s/    BILL WHITEHILL
       JUSTICE